IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
At Albuquerque, NM
FEB 7 2025
MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. 25-213 DHU |
| vs. | ) |
| HONORIO ALBA, a.k.a. "Nadio," | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

I, Honorio Alba, the above named Defendant, who is accused of violating 18 U.S.C. § 1962(d), that being RICO Conspiracy; 18 U.S.C. § 666(a)(2), that being Receiving a Bribe as an agent of an Organization Receiving Federal Funds; 18 U.S.C. § 1951(a), that being Interference with Commerce by Extortion Under Color of Official Right; and 18 U.S.C. § 1951(a), that being Conspiracy to Commit Interference with Commerce by Extortion Under Color of Official Right, and being advised of the nature of the charges, the Information, and of my rights, hereby waive in open Court on February 7, 2025, prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

HONORIO ALBA
Defendant

NICOLE MOSS
Attorney for Defendant

Before:

HONORABLE KAREN B. MOLZEN
UNITED STATES MAGISTRATE JUDGE