**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **No. 1:25-CR-00213-DHU**

**HONORIO ALBA JR.**

**Defendant.**

**UNOPPOSED MOTION TO APPOINT AS CJA COUNSEL**

Nicole W. Moss, counsel for Mr. Alba, respectfully moves the Court for an Order appointing her as CJA counsel for Mr. Alba. As grounds for this motion, Mr. Alba submits the following:

1. Mr. Alba privately retained undersigned counsel to represent him prior to entering into a change of plea in this matter.
2. Since that time, Mr. Alba's financial situation has changed and he can no longer reasonably afford to pay the costs to retain private counsel.
3. Undersigned counsel has conferred with Mr. Alba and has agreed to continue her representation of him if she is appointed as CJA counsel.
4. The underlying matter is very complex and Ms. Moss has spent a considerable amount of time learning the facts, reviewing evidence and conferring with Mr. Alba. There is still a significant amount of work to be done and Mr. Alba does not have the financial resources to fund his defense.

5. By permitting Ms. Moss to continue her representation as an appointed CJA attorney, Mr. Alba would receive continuity of representation and delays to the case would be prevented.

6. Assistant United States Attorney Shana Long is not opposed to the relief sought in this motion.

Wherefore, undersigned counsel respectfully requests that the Court enter an order appointing her to represent Mr. Alba as CJA counsel.

Respectfully submitted by:

*/s/ Nicole W. Moss*
Nicole W. Moss
Law Office of Nicole W. Moss
514 Marble Ave N.W.
Albuquerque, NM 87102
(505) 244-0950

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was served to opposing counsel via the CM/ECF system on this 24th day of September 2026.

*/s/ Nicole W. Moss*
Nicole W. Moss