**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.** **No. 1:25-CR-00213-DHU**

**HONORIO ALBA JR.**

**Defendant.**

**ORDER APPOINTING CJA COUNSEL**

THIS MATTER is before the Court on Defendant's *Unopposed Motion to Appoint CJA Counsel* [Doc.17], filed September 24, 2026.

The Court, having reviewed the unopposed motion to appoint CJA counsel and noting the U.S. Attorney does not oppose the motion, finds that the defendant's unopposed motion to appoint CJA counsel is well taken and will be granted.

IT IS THEREFORE ORDERED that Defendant's *Unopposed Motion to Appoint CJA Counsel* is granted and that Nicole W. Moss shall be appointed as CJA counsel to represent Defendant.

DAVID H. URIAS
UNITED STATES DISTRICT JUDGE

Submitted on September 24, 2026 by:

Nicole Moss,
Attorney for Honorio Alba, Jr.

No objection by:

Shana Long
Attorney for United States