**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

Plaintiff,

vs. CR 25-213 DHU

HONORIO ALBA,

Defendant.

**ORDER SETTING SENTENCING HEARING AND ATTENDANT DEADLINES**

Sentencing is scheduled in this case on Thursday, April 29, 2027 at 10:00 a.m. before District Judge David Herrera Urias at the United States Courthouse, 333 Lomas Blvd., N.W., Mimbres Courtroom, 4th Floor in Albuquerque, New Mexico.

In preparation for that proceeding, the parties must adhere to the procedures and timeline set out in Federal Rule of Criminal Procedure 32 and the U.S. District Court of New Mexico Local Rule of Criminal Procedure 32. Those rules are controlling. They address all deadlines material to sentencing including, inter alia, meet-and-confer obligations, the process for resolving objections, and the deadlines to submit sentencing pleadings. The Probation Office shall also comply with its duties and deadlines under these rules. *See* Fed. R. Crim. P. 32; D.N.M.LR-Cr. 32.

The time periods set forth above may be modified by the Court for good cause shown. All deadlines shall be computed in accordance with Federal Rule of Criminal Procedure 45.

Counsel must contact Judge Urias' Chambers at least 7 days before Sentencing if an evidentiary hearing is needed.

UNITED STATES DISTRICT JUDGE